UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

## SENTENCE MINUTES

**DATE:** March 26, 2013
**CASE NO:** 1:12-CR-192-02
**TIME:** 11:15 a.m. to 12:25 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

### UNITED STATES OF AMERICA v. AARON TEACHOUT

Assistant U.S. Attorney:   Ronald M. Stella and Timothy P. VerHey
Defense Attorney:   Jolene J. Weiner-Vatter
[x] appointed   [] retained

CONVICTION:   [] Indictment
[x] Information
[] Supervised Release Violation

[x] PLEA   [] JURY TRIAL   [] COURT TRIAL   COUNTS: Information

SENTENCE:   51 months
PROBATION:
SUPERVISED RELEASE:   3 years
RESTITUTION:   Deferred until May 26, 2013
FINE:   waived
MANDATORY SPEC. ASSESS:   $100.00

[] Remanded   [x] Self-Surrender as notified by the marshal

Motion by Government to dismiss Counts 1 and 2 of Original Indictment

[x] Granted   [] Denied

ADDITIONAL:   Appeal process explained to defendant by the Court.

Plea date:  11/1/12

Court Reporter:   Glenda Trexler        Case Manager:   /s/ Melva Ludge