UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                        CASE NO. 1:12-CR-192-02

AARON TEACHOUT,                              HON. ROBERT J. JONKER

    Defendant.
_____/

## ORDER

The parties were before the Court for a supervised release violation hearing on February 14, 2020, at which time the Defendant admitted guilt to two violations of supervised release. The Court accepted the admissions and adjudicated Defendant guilty of these violations. The Court granted the government's motion to dismiss the third violation.

Regarding sentencing, the government proffered information and referenced certain documents that pertained to the violations. The defense made a preliminary response to the government's proffer. The Court instructed the parties that this information, as well as any other information the parties wish to present to the Court, shall be filed and made a part of the record in this case. Briefs shall be filed not later than **February 28, 2020**.

Sentencing on the supervised release violations shall be held on **March 30, 2020 at 10:00 a.m.**

Defendant shall comply with all terms of his supervised release, as well as any additional terms that may have been added by the Magistrate Judge at the time of his initial appearance, as he awaits sentencing on March 30, 2020.

Date:   February 18, 2020                   /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE